UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL DELOA,<br><br>    Defendant. | 2:13-cr-347-LDG-CWH<br><br>ORDER |

The court having granted the Office of the Public Defender's motion to withdraw as counsel (#28),

THE COURT HEREBY DIRECTS that the clerk of court appoint new counsel to defendant for purposes of direct appeal and all other as-of-right proceedings.

DATED this ___ day of March, 2014.

_____
Lloyd D. George
United States District Judge